# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| NCR CORPORATION, Plaintiff, vs. ABERCROMBIE & FITCH CO., Defendant. | : : : : : : | No. 2:06-cv-00919 (EAS)(NMK) **NOTICE OF DISMISSAL WITH PREJUDICE** |

### Notice of Dismissal With Prejudice

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff NCR Corporation, by its undersigned counsel, hereby dismisses the above captioned action against Defendant Abercrombie & Fitch Co. with prejudice.

| Dated: January 10, 2007 | Respectfully submitted, /s/ John D. Luken John D. Luken (0013326) (Trial Attorney) Joshua A. Lorentz (0074136) DINSMORE & SHOHL LLP 255 E. 5th Street, Suite 1900 Cincinnati, Ohio 45202 Tel: 513-977-8200 Fax: 513-977-8141 Michael J. King (0072597) DINSMORE & SHOHL LLP 175 South Third Street 10th Floor Columbus, Ohio 43215 Tel: (614) 628-6880 Fax: (614) 628-6890 Attorneys for Plaintiff |
|---|---|